**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Eric F. OELKERS, Defendant–Appellant.**

**No. 12–30018.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 10, 2013.

Filed May 16, 2013.

Fredric N. Weinhouse, Assistant U.S., Ryan Wesley Bounds, Assistant U.S., Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Erin Galli, Chilton & Galli, LLC, Portland, OR, for Defendant–Appellant.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: KOZINSKI, Chief Judge, BERZON and HURWITZ, Circuit Judges.

## MEMORANDUM*

In the unlikely event that the district court erred in admitting the form indicating that the gun Oelkers was charged with possessing had the same serial number as one purchased by his uncle, the error was harmless. Not only did Oelkers never dispute at trial that his uncle owned the gun, his own theory of the case was that his girlfriend got the gun from his uncle and framed him with it. Moreover, the uncle himself testified that the gun was his, and, as the investigating detective testified, the gun was an unusual model that she'd never seen on the street before.

**AFFIRMED.**

---

* This disposition isn't appropriate for publication and isn't precedent except as provided by 9th Cir. R. 36–3.